IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PRECISION GEARS, INC., | ) | |
| Plaintiff, | ) ) ) | NO. 3:22-mc-00005 |
| v. | ) ) ) | JUDGE CAMPBELL |
| SAFARI ENTERPRISES, LLC, | ) ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## **ORDER**

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 6) on Plaintiff's Motion to Enforce Judgment (Doc. No. 1). Plaintiff has filed a Motion to Ascertain Status (Doc. No. 7) which is **GRANTED**. The Court rules as follows:

The Magistrate Judge issued her Report and Recommendation on July 8, 2022, recommending that Plaintiff's motion be granted and that a writ of execution of judgment issue to Defendant Safari Enterprises, LLC, as the successor of Safari Helicopter, Inc. To date, Defendant has not responded to Plaintiff's motion or to the Report and Recommendation. Absent a response, the Court finds that both the motion and the Report and Recommendation are unopposed. *See* Local Rule 7.01(a)(2).

The Court has reviewed the Report and Recommendation and finds that it should be adopted and approved. Accordingly, the Court finds that Safari Enterprises, LLC is the successor of Safari Helicopter, Inc., and Plaintiff may enforce judgment against Safari Enterprises, LLC. Plaintiff's Motion to Enforce Judgment (Doc. No. 1) is **GRANTED**. To effect enforcement, Plaintiff is **DIRECTED** to complete the Execution Packet, available on the Court's website at

https://www.tnmd.uscourts.gov/forms/execution-packet, and submit the packet to the Clerk of Court for issuance.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE